UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**JOSEPH EADY**                                    *       **CIVIL ACTION NO: 15-1506**
                                                   *
**VERSUS**                                         *       **SECTION H, DIVISION (3)**
                                                   *
**NATIONAL INTERSTATE INSURANCE**                  *       **JUDGE JANE TRICHE MILAZZO**
**COMPANY, TAYLOR EXPRESS INC., and**              *
**CALEB J. SNYDER**                                *       **MAGIS: JOSEPH WILKINSON, JR.**
*******************************************

**MOTION AND MEMORANDUM IN SUPPORT OF**
**MOTION TO EXTEND CUTOFF DATE FOR EXPERT REPORT**

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, Joseph Eady, who moves this Honorable Court for an additional short extension of the cutoff dates for exchanging experts' reports in the captioned case, for the following reasons, to wit:

This is a personal injury case arising from a motor vehicle collision between an 18 wheeler and a pickup truck in which plaintiff, Joseph Eady, was a passenger. Despite the fact all witnesses deposed in the case, including the defendant driver, have uniformly testified the driver of the 18 wheeler crossed the centerline of the two lane roadway and caused the collision at issue, defendants have nonetheless indicated they intend to retain expert witnesses to testify on the issues of liability and causation. Accordingly, counsel for plaintiff has retained the services of Mr. John Glennon, Jr. of Crash Forensics, Inc., in Lenexa Kansas, to provide an expert report and expert testimony on his behalf. Mr. Glennon is a nationally recognized expert in the fields of accident reconstruction and large truck safety. A copy of Mr. Glennon's CV is attached hereto as EXHIBIT 1.

Mr. Glennon has been provided copies of all relevant material in the case, including the discovery depositions, photos of the collision site, photos of the vehicles, discovery requests and responses, etc., to assist him in preparing an expert report. Mr. Glennon is aware of the current deadline for the production of plaintiff's expert reports of January 15, 2016, as established by the Court's Order of December 1, 2015 (Rec. Doc. 16). In a recent telephone call to plaintiff's counsel, Mr. Glennon advised he has reviewed much of the information provided to him, and he has begun

-1-

the process of conducting research and drafting the report. However, he stated in the last thirty (30) days he has been required to be out of state on multiple occasions for trial testimony and for accident reconstruction work. In addition, Mr. Glennon advised he has been retained in several cases which will require him to travel out of state for trial testimony purposes in early January, 2016. Mr. Glennon stated that if the cases settle or get continued, he will be able to provide a report in this case within the current deadline, but that if the cases go to trial, he will not be able to complete the report by the current deadline, and he will require an a short continuance until February 1, 2016 to finish his report. Accordingly, out of an abundance of caution, plaintiff seeks an Order granting a short extension of the deadlines for submitting expert reports on February 1, 2016, applicable to both plaintiff and defendants. This deadline extension will not require a continuance of the case.

Respectfully submitted,

GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, Louisiana
Telephone: (504) 581-7070
Facsimile: (504) 581-7083

s/ John G. Munoz
JOHN G. MUNOZ - #9830

### C E R T I F I C A T E

I hereby certify that a copy of the above and foregoing has been served upon all parties herein by using the CM/ECF system and by depositing same in the United States Mail, properly addressed, and postage prepaid, on this 13th day of January, 2016 to any non-CM/ECF participants.

s/ John G. Munoz
JOHN G. MUNOZ