# PROFESSIONAL EXPERIENCE AND CAPABILITIES
# JOHN C. GLENNON, JR.





**CRASHFORENSICS.COM**
JOHN C. GLENNON, *Chartered*
9040 Parkhill
Lenexa, KS 66215
(913) 438-1038
www.crashforensics.com

## SYNOPSIS

Mr. Glennon is a Forensic Automotive Technologist. His professional capabilities include both the analysis and reconstruction of motor-vehicle crashes and motor-vehicle related industrial accidents. He has specialized knowledge in crash reconstruction, crash analysis, automotive maintenance, automotive repair, automotive mechanical failure analysis, large truck safety, and large truck regulatory compliance. Mr. Glennon has evaluated crashes and accidents for all types of on-highway and off-highway vehicles. However, the largest percentage of his case experience has involved the application of his specialized knowledge to on-highway large truck crashes.

Mr. Glennon has a vast knowledge of motor vehicles that he has obtained from personal, professional, and educational experiences. All of his formal education was obtained from Pittsburg State University, which is considered one of the top Automotive Technology schools in the nation and is the home of the Kansas Technology Center. While attending Pittsburg State University, Mr. Glennon was recognized as the only student ever to have successfully completed all three of the Automotive Programs offered by Pittsburg State. His experience covers all areas of collision repair and mechanical diagnosis and repair of passenger vehicles, large trucks, heavy equipment and motorcycles. Other areas of experience include customizing of racing and recreational vehicles, and operating and racing motorcycles, boats, and personal watercraft.

Mr. Glennon is a Certified Master Automotive Technician, a Certified Master Heavy-Duty Truck Technician, a Certified Master Automotive Collision Technician, and a licensed commercial vehicle driver. He is a member of the Society of Automotive Engineers, Tire Industry Association, and the Midwest Association of Technical Accident Investigators.

## EDUCATION

***B.S.T.***, Automotive Technology, Pittsburg State University, 1998

***A.A.S.***, Automotive Service Technology, Pittsburg State University, 1995

***T.C.***, Autobody Technology, Pittsburg State University, 1993

🌎 **Bachelor of Science in Technology, Automotive Technology** - This degree had an emphasis in both the areas of automotive manufacturing and diesel and heavy equipment. This program studied the design engineering, maintenance, repair, and failure analysis

of automotive systems as well as automotive manufacturing processes. Some of the required courses included truck brakes, steering and suspension, fuels and lubricants, hydraulics, metal casting, computer-aided manufacturing, design problem solving, industrial safety, and transportation safety.

🌢 **Associate of Applied Science, Automotive Service Technology** – This program studied the design and engineering of automotive mechanical systems with extensive hands-on experience. Laboratory coursework provided technician training, which focused on diagnosis and repair of mechanical systems of an automobile. Some of the required courses included Automotive Brakes, Steering and Suspension Systems, Fuel Systems, and Electrical Systems.

🌢 **Technical Certificate, Autobody Technology** – This program studied the design and construction of automotive structures as well as collision damage analysis and collision repair techniques with extensive hands-on experience. Laboratory courses emphasized the proper techniques used in damage analysis, straightening, sectioning, and welding of both structural and nonstructural collision damage. Some of the required courses include autobody construction, autobody structural components, major collision theory, welding techniques, and metal fabrication.

## CERTIFICATIONS AND LICENSES

🌢 **Commercial Drivers License** - Class A and M commercial driver's license with Combination vehicle, Air Brake, Doubles, Triples, Tanker, and Hazardous Materials endorsements from the State of Kansas, 1998 to present

🌢 **National Institute for Automotive Service Excellence (ASE) - Master Certified Automotive Technician,** 1997 to present

🌢 **National Institute for Automotive Service Excellence (ASE) - Master Certified Heavy-Duty Truck Technician,** 1999 to present

🌢 **National Institute for Automotive Service Excellence (ASE) - Master Certified Automotive Collision Technician,** 1998 to present

🌢 **Tire Industry Association (TIA) - Certified Automotive Tire Service Advanced Instructor** 2012

🌢 **Kansas Department of Transportation (KDOT) - Certified Traffic Control Inspector,** 2008

🌢 **Tire Industry Association (TIA) - Certified Commercial Tire Service Technician Instructor** 2007

🌢 **American Automobile Association (AAA) - Certified Child Passenger Safety Technician,** 2001 Recertified 2003, 2005, 2007

🌢 **National Institute for Automotive Service Excellence (ASE) -** Certified in preventative maintenance and inspection of heavy-duty trucks 2004. Recertified 2009, 2014

🌢 **National Institute for Automotive Service Excellence (ASE) -** Certified in heating, ventilation and air conditioning of heavy-duty trucks, 2004 Recertified 2009, 2014

🌢 **National Institute for Automotive Service Excellence (ASE) -** Certified in diesel engines for heavy-duty trucks, 2003. Recertified 2008, 2014

🌢 **National Institute for Automotive Service Excellence (ASE) -** Certified in drive train systems for heavy-duty trucks, 1999. Recertified 2004, 2009 2014

🌢 **National Institute for Automotive Service Excellence (ASE) -** Certified in electrical and electronic systems for heavy-duty trucks, 1999 Recertified 2003, 2008, 2014

- **National Institute for Automotive Service Excellence (ASE)** - Certified in engine repair for heavy-duty trucks, 1999

- **National Institute for Automotive Service Excellence (ASE)** - Certified in air and hydraulic brake systems for heavy duty trucks, 1998. Recertified 2003, 2008, 2014

- **National Institute for Automotive Service Excellence (ASE)** - Certified in steering and suspension systems for heavy-duty trucks, 1998. Recertified 2003, 2008, 2014

- **National Institute for Automotive Service Excellence (ASE)** - Certified in autobody nonstructural analysis and damage repair, 1998. Recertified 2004, 2009, 2014

- **National Institute for Automotive Service Excellence (ASE)** - Certified in autobody mechanical and electrical systems components, 1998. Recertified 2004, 2009, 2014

- **National Institute for Automotive Service Excellence (ASE)** - Certified in engine repair, 1997. Recertified 2001, 2006, 2011

- **National Institute for Automotive Service Excellence (ASE)** - Certified in automotive steering and suspension systems, 1997. Recertified 2001, 2006, 2011

- **National Institute for Automotive Service Excellence (ASE)** - Certified in automotive brake systems, 1997. Recertified 2001, 2006, 2011

- **National Institute for Automotive Service Excellence (ASE)** - Certified in engine performance, 1997. Recertified 2001, 2006, 2011

- **National Institute for Automotive Service Excellence (ASE)** - Certified in automatic transmissions and transaxles, 1997. Recertified 2002, 2007, 2012

- **National Institute for Automotive Service Excellence (ASE)** - Certified in manual transmissions, drive trains, and axles, 1997. Recertified 2002, 2007, 2012

- **National Institute for Automotive Service Excellence (ASE)** - Certified in automotive electrical and electronic systems, 1997. Recertified, 2002, 2007, 2012

- **National Institute for Automotive Service Excellence (ASE)** - Certified in automotive heating and air conditioning, 1997. Recertified, 2002, 2007, 2012

- **National Institute for Automotive Service Excellence (ASE)** - Certified in autobody paint and refinishing, 1993. Recertified 1999, 2004, 2009, 2014

- **National Institute for Automotive Service Excellence (ASE)** - Certified in autobody structural analysis and damage repair, 1993. Recertified 1999, 2004, 2009, 2014

## CRASH RECONSTRUCTION SEMINARS AND TRAINING

- **Lawyers and Judges Publishing Company** - Seminar on the role of human factors in traffic crashes, Anaheim, CA, 2001

- **Vericom Computers, Inc.** – Training course on acceleration and the VC2000, Topeka, KS, 2000

- **Lawyers and Judges Publishing Company** - Seminar on human factors in automobile crashes, Las Vegas, NV, 2000

- **Society of Automotive Engineers (SAE)** - Training course on Braking Performance of Heavy Commercial Vehicles, Indianapolis, IN, 1999

- **Midwest Association of Technical Accident Investigators (MATAI)** - Conference on crash reconstruction and linear momentum, Kansas City, MO, 1998

- **Texas A&M University** - One-week training course on advanced commercial vehicle inspection and crash reconstruction, San Diego, CA, 1998

- **Institute of Police Technology and Management (IPTM)** - One-week training course on commercial vehicle crash investigation, Jacksonville, FL, 1998

- **Institute of Police Technology and Management (IPTM)** - Two-week training course on traffic crash reconstruction, Phoenix, AZ, 1998

- **Institute of Police Technology and Management (IPTM)** - Two-week training course on advanced traffic crash investigation and reconstruction, Tallahassee, FL, 1997

- **Institute of Police Technology and Management (IPTM)** - One-week training course on motorcycle crash investigation, Jacksonville, FL, 1997

- **Institute of Police Technology and Management (IPTM)** - Two-week training course on traffic crash investigation, Tampa Bay, FL, 1995

## TRUCK SAFETY SEMINARS AND TRAINING

- **Idealease** – Training course on fleet safety and compliance with federal regulations, Riverside, MO, 2012

- **Idealease** – Training course on drug and alcohol for the supervisor, Riverside, MO, 2012

- **Missouri DOT Motor Carrier Services** - Training course on motor carrier safety and compliance with federal regulations, Lee's Summit, MO, 2012

- **North American Transportation Management Institute (NATMI)** – Instructor training course Denver, CO, 2010

- **American Trucking Association (ATA), North American Transportation Management Institute** - Training course on motor fleet crash investigation Wichita, KS, 2000

- **Michigan Center for Truck Safety (MCTS)** - Training course on commercial vehicle decision driving and skid control, Eaton Proving Grounds Marshal, MI, 1999

- **American Trucking Association (ATA), Safety Management Council** – Regional safety conference and training, DOT and OSHA compliance, managing driver fatigue, and avoiding mistakes in the driver hiring process, Kansas City, MO, 1999

- **American Trucking Association (ATA), North American Transportation Management Institute** - Training course on motor carrier safety and compliance with federal regulations, Kansas City MO, 1999

- **American Trucking Association (ATA), North American Transportation Management Institute** - Training course on managing motor fleet safety, Des Moines, IA 1999

- **American Trucking Association (ATA), North American Transportation Management Institute** - Training course on motor fleet safety for supervisors Des Moines, IA, 1999

- **National Private Truck Council, and Idealease** - Training course on fleet safety and compliance with federal regulations, Kansas City, MO, 1999

- **Ryder Transportation Services** – Training course on forklift safety, Kansas City, MO, 1999

- **Fort Scott Community College** – Six-week training course on truck transportation, Kansas City KS, 1998

4

- **Oklahoma Center for Transportation and Safety Education -** Training course on commercial vehicle skid control, Drumright, OK, 1998

## AUTOMOTIVE SEMINARS AND TRAINING

- **Society of Automotive Engineers (SAE) –** Threaded Fasteners and the Bolted Joint, Troy MI, 2014

- **Society of Automotive Engineers (SAE) –** Fundamentals of Metal Fatigue Analysis, Troy MI, 2014

- **CarQuest Technical Institute –** Training course on Domestic Vehicle ECM Programming, Lenexa, KS, 2014

- **CarQuest Technical Institute –** Training course on Advanced Technology Vehicles: Service & Maintenance, Lenexa, KS, 2014

- **CarQuest Technical Institute –** Training course on Developing a Diagnostic Game Plan - Part 2, Lenexa, KS, 2014

- **CarQuest Technical Institute –** Training course on Vehicle Communication Breakdown, Lenexa, KS, 2014

- **CarQuest Technical Institute –** Training course on Air Conditioning Diagnosis and Service, Lenexa, KS, 2014

- **CarQuest Technical Institute –** Training course on Asian Security Systems Theory and Operation, Lenexa, KS, 2014

- **Automotive Service Association and Bartec –** Training course on Tire Pressure Monitoring Systems, Overland Park, KS, 2014

- **Automotive Service Association and AC Delco -** Training course on Vehicle Network Communications, Overland Park, KS, 2014

- **Automotive Service Association and Bosch-** Training course on Brake Technology, Overland Park, KS, 2014

- **CarQuest Technical Institute –** Training course on Lab Scope Diagnostics using Pressure Transducers, Lenexa, KS, 2013

- **CarQuest Technical Institute –** Training course on Evaporative Emissions Diagnostics (Part 1) Lenexa, KS, 2013

- **CarQuest Technical Institute –** Training course on Evaporative Emissions Diagnostics (Part 2) Lenexa, KS, 2013

- **CarQuest Technical Institute –** Training course on New Vehicle Technologies - Coolants, Lenexa, KS, 2013

- **Haldex Brake –** Training course on heavy duty air brakes, Kansas City, MO, 2013

- **CarQuest Technical Institute –** Training course on Secrets of a Mobile Diagnostic Technician, Lenexa, KS, 2013

- **CarQuest Technical Institute –** Training course on OTC Diagnostic Scan Tools, Lenexa, KS, 2013

- **CarQuest Technical Institute –** Training course on Current Probe, Lenexa, KS, 2013

- **Automotive Service Association and Service Solutions LLC –** Training course on Lab Scope and Signals, Overland Park, KS, 2013

- **Automotive Service Association and MEA Training –** Training course on Intelligent Power Distribution and Smart Junction Boxes, Overland Park, KS, 2013

- **Automotive Service Association and CarQuest Technical Institute** – Training course on Electronic Throttle Control Diagnostics, Overland Park, KS, 2013

- **CarQuest Technical Institute** – Training course on New Vehicle Technologies, Lenexa, KS, 2013

- **CarQuest Technical Institute** – Training course on Modern Misfire Diagnosis, Lenexa, KS, 2012

- **CarQuest Technical Institute** – Training course on Body Control System Diagnosis: Lighting Systems, Lenexa, KS, 2012

- **Tire Industry Association (TIA)** – Automotive Tire Service Instructor Training, Kansas City, KS, 2012

- **Crash Data Services, LLC** – Training course on Crash Data Retrieval - Technician Level 2 Course, Shawnee, KS, 2012

- **Crash Data Services, LLC** – Training course on Crash Data Retrieval - Technician Level 1 Course, Shawnee, KS, 2012

- **Automotive Service Association** – Training on O2 sensors, air fuel ratio sensors, and advanced fuel control diagnostics, Kansas City, MO, 2012

- **CarQuest Technical Institute** – Training course on supplemental restraint system (air bags) diagnosis & repair, Lenexa, KS, 2012

- **Pittsburg State University and University of Toyota** – Training course on electronic & computer controlled systems, Pittsburg, KS, 2012

- **Automotive Service Association** – Training course on computerized body electronics, Overland Park, KS, 2012

- **Automotive Service Association and Bosch Automotive** – Training course on Advanced Networking and Electrical System Diagnostics, Overland Park, KS, 2012

- **Automotive Service Association** – Training course on Real World Control Module Diagnostics, Overland Park, KS, 2012

- **Automotive Service Association and Delphi Automotive** – Training course on Controller Area Networks (CAN) and Multiplexing, Overland Park, KS, 2012

- **Cummins Power Systems** – Training course on Truck Onboard Diagnostics, Kansas City, MO, 2012

- **CarQuest Technical Institute** – Training course on New Vehicle Technologies, Fluids & Lubricants, Lenexa, KS, 2012

- **CarQuest Technical Institute and Automotive Service Association** – Training course on new vehicle technologies, Raytown, MO, 2012

- **Society of Automotive Engineers (SAE)** – Training course on Accessing and Interpreting Heavy Vehicle Event Data Recorders (HVEDR), Norwalk, CA, 2011

- **Bendix Commercial Vehicle Systems** – Training course on air foundation brakes and air brake control systems, Huntersville, NC, 2011

- **CarQuest Technical Institute** – Training course on Essential Lab-scope Usage, Lenexa, KS, 2011

- **CarQuest Technical Institute** – Training course on Essential Lab-scope Diagnostics, Lenexa, KS, 2011

- **Automotive Service Association** – Training course on International Automotive Technicians Network, Overland Park, KS, 2011

- **CarQuest Technical Institute** – Training course on electronic transmission controls, Lenexa, KS, 2011

- **CarQuest Technical Institute** – Training course on gasoline direct injection systems, Lenexa, KS, 2011

6

- **Automotive Service Association** – Training course on tire pressure monitoring systems, Overland Park, KS, 2011

- **CarQuest Technical Institute** – Training course on new equipment technologies, Lenexa, KS, 2011

- **Automotive Service Association and Federal Mogul Automotive** – Training course on diagnosing late model ABS systems, Overland Park, KS, 2011

- **Automotive Service Association** – Training course on Ford 6.4 liter powerstroke diesel, Overland Park, KS, 2011

- **Automotive Service Association** – Training course on wheel alignment, Overland Park, KS, 2011

- **Tech International** – Training course on tire repair, Lenexa, KS, 2010

- **Kansas Safety Belt Education Office (KSBEO)** – Child passenger safety conference, Kansas City, KS, 2007

- **Society of Automotive Engineers (SAE)** – Commercial vehicle engineering exhibition and technical sessions, including industry brake research, vehicle stability control, commercial tire issues, and driver visibility in commercial vehicles, Chicago, IL, 2007

- **Tire Industry Association (TIA)** – Training course on commercial tire service, Denver, CO, 2007

- **Society of Automotive Engineers (SAE)** – Commercial vehicle engineering exhibition and technical sessions, including advancements in braking, braking issues on in-use vehicles, industry brake research, indirect viewing technologies, and tire pressure monitoring systems, Chicago, IL, 2006

- **Kansas Safety Belt Education Office (KSBEO)** – Child passenger safety conference, Topeka, KS, 2004

- **Society of Automotive Engineers (SAE)** – International truck and bus exposition and technical sessions, including foundation braking systems, commercial tire inflation pressure measuring system, and truck stability and handling, Chicago, IL, 2001

- **NHTSA** – Training course on child passenger safety, Salina, KS, 2001

- **Tech International** – Training course on tire repair, Lenexa, KS, 2000

- **International Tire and Rubber Association (ITRA)** – World expo and technical workshops, on tire, wheel, and wheel fastener failure analysis, Nashville, TN, 2000

- **International Tire and Rubber Association (ITRA)** – Training course on tire repair and retreading, Louisville, KY, 2000

- **Automotive Service Association** – Vision Hi Tech Training, including ABS and computer diagnostics, Kansas City, MO, 1999

- **Haldex Midland Brake** – Training course on air foundation brakes and air brake friction materials, Kansas City, MO, 1999

- **Haldex Midland Brake** – Training course on anti lock air-brake systems, Kansas City, MO, 1998

- **Haldex Midland Brake** – Training course on advanced air-brake systems, Kansas City, MO, 1998

- **Haldex Midland Brake** – Training course on air brake systems, Kansas City, MO, 1998

- **Haldex Brake** – Training clinic on air-brake automatic brake adjusters, Blue Springs, MO, 1998

- **General Motors Service Training Group (STG)** – Training course on special supple-mental inflatable restraint systems (air bags), Pittsburg, KS, 1996

7

- **Inter-Industry Conference on Auto Collision Repair (I-CAR)** – Training course on collision repair, Overland Park, KS, 1993

## ROADWAY SAFETY SEMINARS AND TRAINING

- **American Traffic Safety Services Association (ATSSA)** – Training course on traffic control for technicians, Kansas City, MO, 2009

- **American Traffic Safety Services Association (ATSSA)** – Training course on traffic control for supervisors, Kansas City, MO, 2009

- **Kansas State University TASK** – Training course on Traffic Engineering for Technicians, Hays, KS, 2009

- **Kansas State University TASK** – Training course on the manual on uniform traffic control devices (MUTCD) for technicians, Topeka, KS, 2008

- **Kansas State University TASK** – Training course on geometric design of very low volume local roads, Topeka, KS, 2008

- **Kansas State University CIT** – Training course on Traffic Control Inspection, Topeka, KS, 2008

- **Kansas Local Technical Assistance Program** – Training course on road safety assessment, Lawrence, KS, 2007

- **University of Kansas** – Transportation Safety Conference and Technical Session, incident management traffic control, sharing the road with trucks and driver fatigue, Wichita, KS, 2007

## EXPERIENCE

- *1992 to present*
  *Forensic Automotive Technologist*
  *Crash Forensics LLC/*
  *John C. Glennon, Chartered*

Mr. Glennon has extensive experience analyzing the causation of over 500 major crashes involving automobiles, large trucks, motorcycles, and pedestrians. His experience includes crash reconstruction analysis, mechanical failure analysis and truck safety and compliance analysis.

Mr. Glennon's crash reconstruction experience includes the analysis and interpretation of roadway evidence, the analysis of vehicle speeds, the analysis of vehicle direction of travel, the analysis of vehicle impact angles, and the analysis of vehicle collision damage using proven crash reconstruction techniques such as kinematics, linear momentum, conservation of energy, and work/energy.

Mr. Glennon's mechanical failure analysis experience includes brake failure analysis, air brake failure analysis, steering failure analysis, wheel system failure analysis, hub failure analysis, tire failure analysis, the analysis of combination vehicle (truck trailer) compatibility, the analysis of combination vehicle stability during heavy braking, the analysis of runaway trucks, the disassembly of failed vehicle components, visual and tactile inspections of failed vehicle components, and testing of vehicle components including brake pressure and brake torque balance.

Mr. Glennon's truck safety and compliance analysis experience includes the analysis of compliance with the minimum standard of care for the safe operation

8

of a truck as established by the Federal Motor Carrier Safety Regulations and the Commercial Drivers License Manual, such as the minimum standards for inspection, repair and maintenance of trucks, the minimum standards for parts and accessories necessary for safe operation of trucks, the minimum standards for truck driver qualifications, the minimum standards for truck driver knowledge and training, the minimum standards for truck driver hours of service, and the minimum standards for driving of trucks.

Mr. Glennon has experience with both deposition and court testimony. He has worked on cases and for clients in the following states: AL, AR, AZ, CA, CO, CT, DC, FL, GA, IL, IN, IA, KS, KY, LA, MA, MD, MI, MN, MO, MS, NE, NV, NC, ND, NJ, NM, NY, OH, OK, OR, PA, SC, SD, TN, TX, UT, VA, WA, WI, WV, WY.

John C. Glennon, Chartered is an authorized Private Motor Carrier. Mr. Glennon is the primary individual responsible for the management of the vehicle maintenance, safety, and compliance with Federal Motor Carrier Safety Regulations.

- *2012 to 2013*
  *Contract Course Developer*
  *CarQuest Technical Institute*

Mr. Glennon developed heavy duty truck technician courses for the automotive parts supplier CarQuest. The courses he developed include: Complete Air Systems and CDL Air Brake Endorsement.

- *1998 to 2000*
  *Heavy Duty Truck Technician*
  *Kansas City On-Site Fleet Service*

Mr. Glennon worked as a flat-rate technician responsible for performing mechanical diagnosis, repair, and inspections of commercial fleet vehicles. He has performed diagnosis, repair and inspections on various types of vehicles including Freightliner, GMC, Ford, UD Nissan Diesel, Izuzu, Grumman Olson, Utilimaster, and GMC school buses.

- *1994 to 1995*
  *Autobody Technician*
  *Royal Motors (A GM and Chrysler Dealer)*

Mr. Glennon was an autobody technician responsible for performing collision and paint repair. His experience consisted of performing both structural and nonstructural body repairs of most makes of passenger vehicles and light trucks. Additional experience includes performing warranty and recall repairs on GM and Chrysler products.

- *1991*
  *Automotive Service Aide*
  *Vee Village Auto Service*

This position was a summer internship, which provided experience in a wide variety of automotive service areas. Mr. Glennon's responsibilities included assisting both the shop manager and the technicians during the shop's peak season. Specific duties included: writing repair orders, assisting technicians with repairs, locating and delivering needed parts, and performing light repair work.

## RELATED EXPERIENCE

Mr. Glennon has spent much of his free time working on numerous automotive projects where he gained experience designing, fabricating, building, and modifying race cars, motorcycles, street rods, boats and jet skis. As part of these projects, he has made frame and suspension modifications, narrowed and "tubbed" vehicles to accommodate larger rear tires, fabricated roll cages, raked and stretched motorcycle frames, lowered vehicles to increase handling performance, lifted four-wheel drive vehicles, performed running gear changes, preformed custom transmission rebuilds, and performed numerous engine performance modifications.

Mr. Glennon is currently involved in Jet Ski racing. He applies his automotive skills and knowledge to building, modifying, tuning and maintaining a fleet of about ten Jet Skis that his two daughters race in International Jet Sports Boating Association (IJSBA) closed course watercross. His oldest daughter Anna is the 2013 US Women's Ski National Champion. In 2014 Anna raced the US National tour in the Men's Open Ski division and is the vice National Champion. Anna finished the 2014 season ranked 4th in the world in IJSBA Women's Ski division. John's youngest daughter Jessie is the 2014 Junior Ski 10-12 US National Tour Champion. Jessie finished the 2014 season ranked 13th in the world in the IJSBA Junior Ski 10-12 division.

## TECHNICAL PRESENTATIONS

- "Onboard Data Systems and HVEDRs", **Trial Lawyers Summit,** South Miami Beach, FL 2014

- "The ABCs of HVEDRs for Truck Crash Analysis", **Super Summit II – Top Guns,** Association of Plaintiff Interstate Trucking Lawyers of America (APITLA), St. Louis, MO 2013

- "Crash Course in Mechanical Failure Analysis" Shawnee Police Department, Shawnee, KS 2013

- "Investigating and Reconstructing the Collision", **Trucking Litigation,** Indiana Continuing Legal Education Forum (ICLEF), Merrillville, IN 2012

- "Truck Maintenance and Mechanical Systems", **Second Annual Advanced Interstate Trucking Litigation Conference,** North Carolina Associates for Justice and Association of Plaintiff Interstate Trucking Lawyers of America (APITLA), Cary, NC 2011

- "Crash Course in Mechanical Failure Analysis" **Pittsburg State University, Current Topics in Collision Tech Course,** Pittsburg, KS 2010

- "Crash Reconstruction" **Kansas Association For Justice, ABC's of Motor Vehicle Cases,** Topeka, KS 2009

- "Crash Course in Mechanical Failure Analysis" **Pittsburg State University, Current Topics in Collision Tech Course,** Pittsburg, KS 2008

- "Mechanical Failure Analysis" **Commercial Vehicle Safety Alliance (CVSA) Workshop,** Denver CO 2008

- "Improving Maintenance Standards to Accommodate New Technologies" **Innovative Braking Systems,** Dearborn, MI 2008

- "Crash Course in Mechanical Failure Analysis" **Pittsburg State University, Current Topics in Autotech Course,** Pittsburg, KS 2005

- "Investigating and Reconstructing the Truck Accident" **Indiana Continuing Legal Education Forum,** Indianapolis, IN 2001

- "Commercial Vehicle Safety and Crash Avoidance Issues", **Fort Scott Community College, Truck Transportation Program,** Kansas City, KS 1998, 1999, 2000, 2001, and 2002

## PUBLISHED PAPERS AND ARTICLES

- "The ABCs of HVEDRs for Truck Crash Analysis", *The Lawyer's LogBook*, Vol. 3, No 3 Aug.-Sept., 2013.

- "Wheel and Hub Failures," *The Lawyer's LogBook* Vol. 2, No 4 Oct.-Nov., 2012.

- "Heavy Vehicle Event Data Recorders," *Truck Accident Magazine*, November, 2012.

- "Investigating and Reconstructing the Collision" *Indiana Continuing Legal Education Forum*, October 2012

- "Truck Maintenance," *The Lawyer's LogBook*, Vol. 2, No 1 April-May, 2012.

- "Truck Maintenance and Mechanical Systems," **Second Annual Advanced Interstate Trucking Litigation Conference,** North Carolina Associates for Justice and Association of Plaintiff Interstate Trucking Lawyers of America (APITLA), Cary, NC 2011.

- "Misapplication of Roadside Inspection Procedures in Vehicle Crashes," North American Transportation Management Institute (NATMI), *Motor Fleet Monthly*, September 2011.

- "Downhill Braking," *The Lawyer's LogBook*, Vol. 1, No 2 June-July, 2011.

- A Rebuttal to: "Is Your Truck Driver a 'Professional Driver' Before a Jury?," North American Transportation Management Institute (NATMI), *Motor Fleet Monthly*, March 2011.

- "Proactive Truck Driving," North American Transportation Management Institute (NATMI), *Motor Fleet Monthly*, December 2010.

- "Safe Speed for Trucks on Mountain Downgrades," North American Transportation Management Institute (NATMI), *Motor Fleet Monthly*, October 2010.

- "Understanding Brake Fade," North American Transportation Management Institute (NATMI), *Motor Fleet Monthly*, September 2010.

- "What Drivers Should Know About Booster Tag Axles," Air Brake Interactive, *Safety Bulletin*, June 2010.

- "Don't Let Maintenance Deficiencies Lead to Crashes," North American Transportation Management Institute (NATMI), *Motor Fleet Monthly*, March 2010.

- "How to Prevent Mountain Grade Crashes," North American Transportation Management Institute (NATMI), *Motor Fleet Monthly*, January 2010.

- "Accident Investigation and Reconstruction," *Kansas Association for Justice,* October 2009.

- "Downhill Braking," North American Transportation Management Institute (NATMI), *Motor Fleet Monthly*, May 2007.

- "Truck and Trailer Underride Collisions," North American Transportation Management Institute (NATMI), *Motor Fleet Monthly*, April 2007.

- "Accident Reconstruction," *GSTC Information Highway*, Issue 15, November 2001.

- "Preventing Accidents Through Air Brake Maintenance," North American Transportation Management Institute (NATMI), *Motor Fleet Monthly*, July 2001.

- "Downhill Braking," *Trucker's World Magazine* Volume 5, Issue 6, June 2001.

- "Conspicuity and Trailer Underride," *Through The Gears Trucking Magazine,* Volume VII, Issue 5, May 2001.

- "Truck Accident Reconstruction," *Indiana Continuing Legal Education Forum,* May 2001.

- "A Commercial Vehicle Accident Reconstructionist Looks at Air Brake Maintenance," *Indiana Continuing Legal Education Forum,* May 2001.

- "Truck and Trailer Underride Collisions," *Indiana Continuing Legal Education Forum,* May 2001.

- "Motor Vehicle Accident Investigation and Reconstruction," *Through The Gears Trucking Magazine,* Volume VII, Issue 1, January 2001.

## PROFESSIONAL ORGANIZATIONS AND ACTIVITIES

✦ Automotive Technology Program Advisory Board Member, Kansas City, Kansas Community College, Kansas City, KS 2012, 2013

✦ Automotive Service Technology Judge, Skills USA national championship, Kansas City, MO, 2013

✦ **National Institute for Automotive Service Excellence/National Automotive Technicians Education Foundation (ASE/NATEF)**, Accreditation Team Member for Kansas City, Kansas Community College, Kansas City, KS 2012

✦ Automotive Service Technology Judge, Skills USA national championship, Kansas City, MO, 2012

✦ Member, **American Truck Historical Society (ATHS)**, 2012 to present

✦ Member, **Owner-Operator Independent Drivers Association (OOIDA)**, 2012 to present

✦ Automotive Service Technology Judge, Skills USA national championship, Kansas City, MO, 2011

✦ Inspector, **Safe Kids Worldwide,** Child passenger safety check lane, Lawrence, KS 2007

✦ Inspector, **Kansas Safe Kids,** Child passenger safety check lane, Overland Park, KS 2003

✦ Inspector, **Injury Free KC,** Child passenger safety check lane, Olathe, KS 2002

✦ Inspector, **Kansas Seatbelt Education Office** Child passenger safety check lane, Salina, KS 2001

✦ Member, **International Tire and Rubber Association (ITRA)**, 2000 to present

✦ Automotive Service Technology Judge **Vocational Industrial Clubs of America (VICA)** Skills USA national championship, Kansas City, MO 1999

✦ Member, **National Association of Professional Accident Reconstruction Specialists**, 1998 to present

✦ Member, **Midwest Association of Technical Accident Investigators**, 1998 to present

✦ Member, **Society of Automotive Engineers**, 1992 to present



January, 2013