UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSEPH EADY | CIVIL ACTION |
| VERSUS | NO. 15-1506 |
| NATIONAL INTERSTATE INSURANCE CO. ET AL. | SECTION "H"(2) |

## ORDER

John Munoz, counsel for plaintiff, has advised the court that a private mediation is scheduled in this matter on February 26, 2016. Accordingly, the settlement conference previously scheduled before me on February 23, 2016, is hereby CANCELLED. Counsel must contact me jointly via telephone on **February 29, 2016 at 10:00 a.m.** to report on the outcome of the private mediation so that I may determine whether to schedule an in-person settlement conference with the court.

New Orleans, Louisiana, this ___22nd___ day of February, 2016.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. JANE TRICHE MILAZZO**