# GARNER & MUNOZ

**ATTORNEYS AT LAW**
1010 COMMON STREET, SUITE 3000
NEW ORLEANS, LOUISIANA 70112-2411
(504) 581-7070
Fax (504) 581-7083
E-mail: jgm@g-mlaw.com

**OF COUNSEL**
T. RANDOLPH RICHARDSON
E-mail: trichar994@aol.com

**R. TODD SMITH**
ABA Certified ParaLegal
E-mail: rts@g-mlaw.com

JOHN G. MUNOZ
_____
DAN C. GARNER
(1935-1993)

February 29, 2016

## VIA FAX TO (504)589-7521
## AND U.S. MAIL

Honorable Jane Triche Milazzo
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70112

    **RE:**    **Joseph Eady v. National Interstate Insurance Company, et al**
               **USDC, EDLA, Docket No. 2:15-cv-01506, Section H, Magistrate 2**

Dear Judge Milazzo,

    This firm represents the plaintiff, Joseph Eady, in the captioned case. I am pleased to advise the Court that a settlement agreement was reached during a mediation held on Friday, February 26, 2016. I would respectfully request that the Court remove this matter from its trial docket and enter a sixty day Order of Dismissal.

                                    Respectfully yours,

                                    JOHN G. MUNOZ

JGM/as

cc:    Raymond Jackson, Esq. (Via Fax (337) 291-1285